**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Capital Engineering & Manufacturing Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-242755** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**5857 S. Ashland Ave.**<br>**Chicago, IL**<br>ZIP Code **60636** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7     ■ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9     ☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business     ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**                                                                **FORM B1**, Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Capital Engineering & Manufacturing Co.**

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

**X** _____
    Signature of Attorney for Debtor(s)         Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Capital Engineering & Manufacturing Co.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ Chester H. Foster, Jr. ARDC#**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC# 03122632**
Printed Name of Attorney for Debtor(s)

**Foster, Kallen & Smith**
Firm Name

**3825 W. 192nd Street**
**Homewood, IL 60430**

Address

**Email: chf@fosterkallen.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**August 11, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Boris Jarymowycz**
Signature of Authorized Individual

**Boris Jarymowycz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 11, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Capital Engineering & Manufacturing Co.**                Case No.
                                             Debtor(s)            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Capital Eng. Warehouse<br>5837 S. Ashland Ave<br>Chicago, IL 60636 | Capital Eng. Warehouse<br>5837 S. Ashland Ave<br>Chicago, IL 60636 | Trade debt. | | 140,000.00 |
| Capital Engineering Partnership<br>5857 S. Ashland Ave.<br>Chicago, IL 60636 | Capital Engineering Partnership<br>5857 S. Ashland Ave.<br>Chicago, IL 60636 | Lease obligation for real estate taxes. | | 41,826.35 |
| Capital Engineering Partnership<br>5857 S. Ashland Ave.<br>Chicago, IL 60636 | Capital Engineering Partnership<br>5857 S. Ashland Ave.<br>Chicago, IL 60636 | Lease obligation for real estate taxes. | | 5,966.52 |
| Central Steel & Wire<br>P.O. Box 5100<br>Chicago, IL 60680 | Central Steel & Wire<br>P.O. Box 5100<br>Chicago, IL 60680 | Trade debt. | | 19,595.51 |
| Chicago Tube & Iron<br>One Chicago Tube Drive<br>Romeoville, IL 60446 | Chicago Tube & Iron<br>One Chicago Tube Drive<br>Romeoville, IL 60446 | Trade debt. | | 6,280.98 |
| E.M. Jorgenson Co.<br>1900 Mitchell Blvd.<br>Schaumburg, IL 60193 | E.M. Jorgenson Co.<br>1900 Mitchell Blvd.<br>Schaumburg, IL 60193 | Trade debt. | | 5,616.22 |
| I M Steel Inc.<br>1685 N. RT 50<br>Bourbonnais, IL 60914 | I M Steel Inc.<br>1685 N. RT 50<br>Bourbonnais, IL 60914 | Trade debt. | | 3,920.80 |
| JDB Manufacturing<br>4635 s. Harlem Ave<br>Berwyn, IL 60402 | JDB Manufacturing<br>4635 s. Harlem Ave<br>Berwyn, IL 60402 | Trade debt. | | 1,890.00 |
| Lease-A-Machine<br>5837 S. Ashland Ave<br>Chicago, IL 60636 | Lease-A-Machine<br>5837 S. Ashland Ave<br>Chicago, IL 60636 | Trade debt. | | 200,000.00 |
| Leeco Steel<br>8255 South Lemont Road<br>Suite 100<br>Darien, IL 60561 | Leeco Steel<br>8255 South Lemont Road<br>Suite 100<br>Darien, IL 60561 | Trade debt. | | 37,376.29 |
| Mittler Supply<br>P.O. Box 1676<br>South Bend, IN 46634 | Mittler Supply<br>P.O. Box 1676<br>South Bend, IN 46634 | Trade debt. | | 4,002.36 |

In re  **Capital Engineering & Manufacturing Co.**                                     Case No. _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Namasco<br>PO Box 11<br>Peosta, IA 52068 | Namasco<br>PO Box 11<br>Peosta, IA 52068 | Trade debt. | | 24,735.90 |
| Primary Steel LLC<br>Chicago Division<br>12900 S. Metron Drive<br>Chicago, IL 60633-2391 | Primary Steel LLC<br>Chicago Division<br>12900 S. Metron Drive<br>Chicago, IL 60633-2391 | Trade debt. | | 34,033.73 |
| Primary Steel LLC<br>Chicago Division<br>12900 S. Metron Drive<br>Chicago, IL 60633-2391 | Primary Steel LLC<br>Chicago Division<br>12900 S. Metron Drive<br>Chicago, IL 60633-2391 | Trade debt. | | 119,813.91 |
| Programming Plus, Inc.<br>17685 West Lincoln Avenue<br>New Berlin, WI 53146-2120 | Programming Plus, Inc.<br>17685 West Lincoln Avenue<br>New Berlin, WI 53146-2120 | Trade debt. | | 2,380.00 |
| Royal Metal<br>1036 Ironwood<br>Olathe, KS 66061 | Royal Metal<br>1036 Ironwood<br>Olathe, KS 66061 | Trade debt. | | 3,689.67 |
| Ryerson<br>2558 w. 16th Street<br>Chicago, IL 60608 | Ryerson<br>2558 w. 16th Street<br>Chicago, IL 60608 | Trade debt. | | 6,803.65 |
| Serson Supply<br>3701 West 49th Street<br>Chicago, IL 60632 | Serson Supply<br>3701 West 49th Street<br>Chicago, IL 60632 | Trade debt. | | 2,234.65 |
| Tubular Steel<br>1031 Executive Parkway<br>Saint Louis, MO 63141-6351 | Tubular Steel<br>1031 Executive Parkway<br>Saint Louis, MO 63141-6351 | Trade debt. | | 4,177.40 |
| W.C. Richards<br>3555 West 123rd Street<br>Alsip, IL 60803 | W.C. Richards<br>3555 West 123rd Street<br>Alsip, IL 60803 | Trade debt. | | 2,120.28 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 11, 2006**                     Signature  **/s/ Boris Jarymowycz**
                                                        **Boris Jarymowycz**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A.M. Castle & Co./Castle Metal
13843 Collections Center Dr.
Chicago, IL 60693


ABF Freight System
1900 E. Lincoln Hwy
Chicago Heights, IL 60411-7704


Airgas North Central
1100 Jericho Road
Aurora, IL 60506


Alfredo Muro
15917 Carse
Harvey, IL 60426


ALRO
PO Box 2637
Milwaukee, WI 53226


Ashland Propane, Inc.
16525 Vincennes
Thornton, IL 60476


AT&T
Bill Payment Center
Saginaw, MI 48663-0003


Bade Paper
667 Chaddick Drive
Wheeling, IL 60090


Beaver Oil Company
6037 Lenzi Ave
La Grange, IL 60525


Bell South
PO Box 1262
Charlotte, NC 28201-1262


Berteau-Lowell
2300-28 W. Fullerton Ave.
Chicago, IL 60647

BG Graphics
1195 Westward Trail
Carol Stream, IL 60188


BP
PO Box 9033
Carlsbad, CA 92008-9033


Broadwing Communications
P.O. Box 790036
Saint Louis, MO 63179-0036


Brown-Campbell
44004 Woodward
Suite 300
Bloomfield Hills, MI 48302


Cambridge Integrated Services
P.O. Box 71032
Chicago, IL 60694


Capital Eng. Warehouse
5837 S. Ashland Ave
Chicago, IL 60636


Capital Engineering Partnership
5857 S. Ashland Ave.
Chicago, IL 60636


Central Steel & Wire
P.O. Box 5100
Chicago, IL 60680


Certified Products
4646 W. Huron St
Chicago, IL 60644


Chemcentral
7050 W. 71st Street
Bedford Park, IL 60638


Chicago Flame Hardening
5200 Railroad Avenue
East Chicago, IN 46312

Chicago Tube & Iron
One Chicago Tube Drive
Romeoville, IL 60446


Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197


City of Chicago'
Dept. Of Revenue
PO Box 88292
Chicago, IL 60680


City of Harvey Water Dept.
PO Box 2600
Harvey, IL 60426


Comcast
PO Box 530098
Atlanta, GA 30353


Creative Design & Fabrication
950 Tower Road
Mundelein, IL 60060


Crown Steel Sales
3355 West 31st
Chicago, IL 60623-5080


DHL
PO Box 4723
Houston, TX 77210


E.M. Jorgenson Co.
1900 Mitchell Blvd.
Schaumburg, IL 60193


Ervin Amasteel/Metal Parts
Department 77997 BOX 77000
Ervin Industries, Inc.
Detroit, MI 48277-0997


Fabiloa Sanchez
15739 Carse Ave.
Harvey, IL 60426

Florida Light & Power
P.O. Box 025578
Miami, FL 33102


FOMO Products
2775 Barber Road
Norton, OH 44203


Freddi Barus
10525 W. 129th Ave.
Cedar Lake, IN 46303-9016


General Bearing Corp
4527 Old Plank Road
Milford, MI 48381


George Nemitz
754 Cherokee Dr.
Bourbonnais, IL 60914


GMAC Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951


Hadady Corporation
510 West 172nd Street
South Holland, IL 60473


Hank's Blueprints
7355 West Archer Avenue
Suite G
Summit Argo, IL 60501


House of Safety
4416 W. Diversey Ave.
Chicago, IL 60639


Humberto Ortiz
421 W. 15th Place
Chicago Heights, IL 60411


Hydra-Zorb
2450 Commercial Drive
Auburn Hills, MI 48326

```
I M Steel Inc.
1685 N. RT 50
Bourbonnais, IL 60914


Inland Cutting Products
P.O. Box 88630
Chicago, IL 60680-8630


Itech Automation
Post 25711 Hillview Court
Mundelein, IL 60060


Ivory Brantley
8624 Marshfield
Chicago, IL 60620


J.P. Farley
29055 Clemens Road
Westlake, OH 44145


JDB Manufacturing
4635 s. Harlem Ave
Berwyn, IL 60402


Lease-A-Machine
5837 S. Ashland Ave
Chicago, IL 60636


Leeco Steel
8255 South Lemont Road
Suite 100
Darien, IL 60561


Lepoxy Plastics
3706 W. Ferguson Road
Fort Wayne, IN 46809-3199


Louis Alvarez
12810 Irving Ave.
Blue Island, IL 60406-2122


M&M Abrasive
P.O. Box 444
Fox River Grove, IL 60021
```

```
Maintenance Assessments
P.O Box 31492
Tampa, FL 33631-3492


Maria Gonzalez
5618 S. Washtenaw
Chicago, IL 60629


MCMASTER-CARR SUPPLY CO.
P. O. BOX 7690
Chicago, IL 60680-7690


Menard's
4777 Menard Drive
Eau Claire, WI 54703


Midwest Suburban Publishing
PO Box 757
Tinley Park, IL 60477


Minnesota Glove & Safety
C/O Western Bank
P.O. Box 64689
Saint Paul, MN 55164


Mittler Supply
P.O. Box 1676
South Bend, IN 46634


Motion Industries
100 Halsted St.
Chicago Heights, IL 60411


Muncy Corporation
2601 Enon Road
Enon, OH 45323


Namasco
PO Box 11
Peosta, IA 52068


Nancy Shallon
5919 S. Tripp
Chicago, IL 60629
```

```
Nicor Gas
PO Box 632
Aurora, IL 60568-0001


Nielson Sessions
770 Wethersfield Avenue
Hartford, CT 06114


Norman Professional Services
1113 Lake St.
#282
Oak Park, IL 60301


Peoples Energy
130 E. Randolph Dr.
Suite 2300
Chicago, IL 60601


Perforated Tubes
4850 E. Fulton St.
Ada, MI 49301


Phoenix Forging
800 Front Street
Catasauqua, PA 18032-2343


Primary Steel LLC
Chicago Division
12900 S. Metron Drive
Chicago, IL 60633-2391


Programming Plus, Inc.
17685 West Lincoln Avenue
New Berlin, WI 53146-2120


Pronger Smith
PO Box 789
17495 , Lagrange Road
Tinley Park, IL 60477-0789


Prudential
P.O. Box 101241
Atlanta, GA 30392-1241
```

Quality Tools
358 Country Club Drive
Bensenville, IL 60106


Quest Diagnostics
PO BOx 12989
Chicago, IL 60693


Quill Corporation
100 Schelter Rd.
Palatine, IL 60074


Ron Sobcak
6904 Swan Lane
Schererville, IN 46375


Royal Metal
1036 Ironwood
Olathe, KS 66061


Ryan Metal Finishing
2674-76 Coyle Avenue
Elk Grove Village, IL 60007


Ryerson
2558 w. 16th Street
Chicago, IL 60608


S&J Industrial Tools Supply
16060 Suntone Drive
South Holland, IL 60473


S.W. Anderson
15756 Eagle Way
Chicago, IL 60678


Serson Supply
3701 West 49th Street
Chicago, IL 60632


Sherwin Williams
5111 Dansher Rd
La Grange, IL 60525

Smithereen
7400 N. Melvina Ave
Niles, IL 60714-3908


Sunnen
7910 Manchester Ave.
Saint Louis, MO 63143


Susana Alcazar
6403 Garfield Ave.
Hammond, IN 46324


The Times
Box 64407
Cincinnati, OH 45264-4027


Toshiba Machine
755 Greenleaf Avenue
Elk Grove Village, IL 60007


Tubular Steel
1031 Executive Parkway
Saint Louis, MO 63141-6351


Valrie McGrath
8100 S. County Line Rd.
Willowbrook, IL 60527


Virginia M. Ferrell
10690 S. Clarmont Ave.
Chicago, IL 60643


W.C. Richards
3555 West 123rd Street
Alsip, IL 60803


Wilmer Murillo
16134 S. Carse
Harvey, IL 60426


Wilmer Murillo
Chilrens Memorial Hospital
75 Remittance Drive #92611
Chicago, IL 60675

```
Xerox
P.O Box 802555
Chicago, IL 60680
```