Service List
## CAPITAL ENGINEERING & MANUFACTURING CO.
### 06 B 09747
### THE PARTIES LISTED BELOW WERE ONLY SERVED
### ELECTRONICALLY THROUGH THE ECF SYSTEM

| | |
|---|---|
| United States Trustee<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>Fax: (312) 886-5794<br>Steve.G.Wolfe@usdoj.gov | David E. Cohen<br>David E. Cohen, P.C.<br>55 West Monroe Street<br>Suite 600<br>Chicago, Illinois 60603<br>Tel: (312) 606-3451<br>Fax: (312) 606-0117<br>DavidECohen@lawcohen.com |
| Eugene J. Geekie, Jr., Esq.<br>John K. Burnett III, Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>Tel: (312) 258-5500<br>Fax: (312) 258-5600<br>egeekie@schiffhardin.com<br>jburnett@schiffhardin.com | David E Grochocinski<br>Grochocinski & Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462<br>708-226-2700<br>lawyers@ggl-law.com |
| Jonathan Friedland, Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>Tel: (312) 258-5500<br>Fax: (312) 258-5600<br>jfriedland@schiffhardin.com | Thomas R. Fawkes<br>Freeborn & Peters<br>311 S Wacker Dr Ste 3000<br>Chicago, IL 60606<br>312 360-6468<br>312 360-6573 (fax)<br>tfawkes@freebornpeters.com |

### THE PARTIES LISTED BELOW WERE SERVED
### ELECTRONICALLY THROUGH EMAIL TRANSMISSION DIRECTLY
### SENT TO SAID PARTIES SEPARATE AND APART FROM THE ECF SYSTEM

| | |
|---|---|
| Ronald L. Barnard<br>Barnard &Associates, LTD<br>33 N. LaSalle St.<br>Suite 2100<br>Chicago, IL 60602<br>Tel: (312) 641-2225<br>Fax: (312) 641-1957<br>attyrlb@yahoo.com | Paul R. Lieggi<br>Lieggi Law Offices LLC<br>300 W. Superior St.<br>Suite 202<br>Chicago, IL 60610<br>Tel: (312) 475-0888<br>Fax: (312) 475-0898<br>plieggi@lieggilaw.com |